Roger D. Drake (SBN 237834)
CARTER CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@cartercullen.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COCOELIZEBETH B.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 2:25-cv-04557-SK<br><br>ORDER AWARDING EAJA FEES AND COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($6,300.00) and $405 in costs subject to the terms of the stipulation.

DATED: 11/16/2026

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE